IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TRICIA FRIEDE GARDIPEE,**<br><br>**Defendant.** | CR 22-35-GF-BMM<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Tricia Friede Gardipee appeared before the Court on September 15, 2022 and entered a plea of guilty to count II of the Indictment (assault resulting in serious bodily injury). Friede Gardipee's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Friede Gardipee's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- Remington .22 caliber rifle (SN not found),
- Bolt for Remington 22 rifle, and

1

- .22 caliber unspent round.

THAT the Federal Bureau of Investigation is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 26th day of September 2022.

_____
Brian Morris, Chief District Judge
United States District Court